CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
andrew.paulson@usdoj.gov

Attorneys for United States of America

FILED
Oct 21 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID PEREZ,<br>Defendant. | Case No. 4:26-cr-00464-YGR<br>**AMENDED PENALTY SHEET** |

On October 21, 2026, the defendant, David Perez, was arraigned on an Information. During the hearing, the undersigned noticed an error on the penalty sheet that was filed along with the Information. Specifically, the penalty sheet indicated that the term of supervised release for Count Three, which alleges a violation of 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward, was a maximum of 3 years when it should have said that it was 5 years to life. As a result, the government files this amended penalty sheet to correct that error.

**Maximum Penalties**

**Counts One, Two, & Four – 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact**

- 2 years' imprisonment
- $250,000 fine
- Supervised Release: 5 years to life
- Restitution
- $5,100 special assessment

**Count Three – 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward**

- 15 years' imprisonment
- $250,000 fine
- Supervised Release: 5 years to life
- Restitution
- $5,100 special assessment

**Count Five – 18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency**

- 8 years' imprisonment
- $250,000 fine
- 3 years' supervised release
- $100 special assessment

DATED: October 21, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*<u>/s/ Andrew Paulson</u>*
ANDREW PAULSON
Assistant United States Attorney